# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 30, 2006

129612

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

LUZ VICTORIA GONZALEZ,
      Plaintiff-Appellant,

v

ST. MARY'S MEDICAL CENTER OF
SAGINAW,
      Defendant-Appellee.

SC: 129612
COA: 261325
Saginaw CC: 02-045562-CZ

_____/

On order of the Court, the application for leave to appeal the July 12, 2005 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 30, 2006

_____
Clerk

s0123